# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNA SPENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 08cv0626 |
| | ) | |
| BROWNSVILLE AREA SCHOOL DISTRICT, INTERMEDIATE UNIT 1, and SCHOOL POLICE OFFICER LAZER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW,** this 27th day of May, 2008, after consideration of Plaintiff's Response to Order to Show Cause (*Document No. 7*), in which counsel for Plaintiff has represented that Plaintiff "possesses no procedural objections" to the removal of this matter,

It is hereby **ORDERED** that the Rule to Show Cause is **DISSOLVED**.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Herbert A. Terrell, Esquire
Email: haterrell@justice.com

John W. Smart, Esquire
Andrews & Price
Email: jsmart@andrewsandprice.com

Paul D. Krepps, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
Email: pdkrepps@mdwcg.com